IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA NAILS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NUMBER 2:10-CV-00409-RRA |
| | ) | |
| MIKE FOLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

This case comes before the court on the Motion for Default Judgment filed by the plaintiff. (Doc. 4.) On March 25, 2010, the magistrate recommended that the motion be denied. The plaintiff has filed an objection to the recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. An appropriate order will be entered.

**DONE** this 19th day of April, 2010.

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE